

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2021
```

WRITER'S DIRECT DIAL & EMAIL ADDRESS
917-369-8886
kmweber@norris-law.com

August 10, 2021

<u>VIA ECF</u>

The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

    Re: Axens North America, Inc. v. Duro Felguera Caldereria Pesada SA, a/k/a DF Caldereria Pesada, S.A.
      Civil Action No.: 1:20-cv-07172-AJN

Dear Judge Lehrburger:

  This firm represents Plaintiff Axens North America, Inc. ("Plaintiff") in the above-referenced matter. Plaintiff writes jointly on behalf of both parties to respectfully request an adjournment of the discovery hearing currently scheduled for August 12, 2021, at 2:30 p.m. This is the first request for an adjournment of this hearing date. Defendant, Duro Felguera Caldereria Pesada SA, a/k/a DF Caldereria Pesada, S.A. ("Defendant") previously sought an adjournment of its time to respond to the pending discovery motion which is the subject of the August 12 discovery hearing, and that request was granted. Both parties consent to this adjournment and are continuing to discuss the issues that are the subject of this hearing, including the possibility of a resolution of this matter, and are hopeful that with some additional time they may be able to resolve the issues without the need for court intervention. The parties are available for a rescheduled hearing on the issues that are the subject of the motion on September 22, 23, or 24, in the event the issues cannot be resolved before then and respectfully request that the Court adjourn the hearing until that time.

  Thank you for your continued time and attention to this matter.

            Respectfully,

            Norris McLaughlin, P.A.
            */s/ Kimbrilee M. Weber*
            Kimbrilee M. Weber

Cc: Brian C. Dunning, Esq. (via ECF)



Request to adjourn granted sine die.  The request at Dkt. 35 is denied without prejudice to renewal after the parties have further opportunity to meet and confer..

SO ORDERED:

8/11/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE